UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

United States of America
    *Plaintiff*

v.

Alon USA, LP
    *Defendant*

Case No. 17-cv-00087-BL

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

Perkins Coie LLP _____, with offices at

700 13th Street, N.W., Suite 600
(Street Address)

Washington      DC      20005
(City)      (State)      (Zip Code)

202-654-1648      202-654-9946
(Telephone No.)      (Fax No.)

II. Applicant will sign all filings with the name Alexandra Magill Bromer.

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Alon USA, LP

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of ___the District of Columbia___, where Applicant regularly practices law.

Bar license number: 978196      Admission date: December 10, 2007

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| California Supreme Court | December 5, 2006 | Active |
| DC Superior Court | December 10, 2007 | Active |
| US Court of Appeals, DC Circuit | December 17, 2012 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application: _____  Case No. And Style: _____

_____  _____

_____  _____

_____  _____

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Kelly D. Hine, Perkins Coie LLP_____, who has offices at

500 North Akard, Suite 3300_____
(Street Address)

Dallas_____  TX_____  75201-3347_____
(City)  (State)  (Zip Code)

214-965-7730_____  214-965-7799_____
(Telephone No.)  (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 6th day of July_____, 2017____.

Alexandra Heather Magill Bromer
Printed Name of Applicant

*[signature]*
Signature

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

Certificate of Good Standing

I, Mark J. Langer, Clerk of the United States Court of Appeals for the District of Columbia Circuit, certify that **ALEXANDRA HEATHER MAGILL BROMER** was on the 17th day of December, 2012, duly admitted and qualified as an attorney and counselor of the Court of Appeals, and is now a member of the bar of the Court of Appeals in good standing.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of the Court, at the City of Washington, this 7 day of July, 2017.

FOR THE COURT:
Mark J. Langer, Clerk

BY: _____
Mark L. Powstanski
Deputy Clerk