UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALON USA, LP,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)  Civ. No. 1:17-cv-00087-BL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STATUS REPORT – September 28, 2017**

　　As directed by the Electronic Status Report Order dated August 29, 2017 (Docket Entry No. 8), Plaintiff reports on the current status of this case:

1) Plaintiff has commenced and concluded the public comment solicitation contemplated for this case;

2) Since the lodging of the Consent Decree, an issue has arisen between Plaintiff and Defendant concerning the Decree; the parties have discussed the issue several times by telephone; in hopes of resolving this issue, they also have scheduled a face-to-face meeting during the first week of October; and

3) Absent any other direction, Plaintiff will report again to the Court no later than Friday, October 27, 2017.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRUCE S. GELBER
　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　Environment and Natural Resources Division
　　　　　　　　　　　　　　　　　　U.S. Department of Justice

　　　　　　　　　　　　　　　　　　*s/ Thomas A. Mariani, Jr.*
　　　　　　　　　　　　　　　　　　THOMAS A. MARIANI, JR.
　　　　　　　　　　　　　　　　　　NY Bar Regis. No. 2003374
　　　　　　　　　　　　　　　　　　Environmental Enforcement Section
　　　　　　　　　　　　　　　　　　Environment and Natural Resources Division

                                  U.S. Department of Justice
                                  P.O. Box 7611, Ben Franklin Station
                                  Washington, D.C. 20044-7611
                                  Phone: (202) 514-4620
                                  Fax: (202) 514-0097
                                  Email: tom.mariani@usdoj.gov

Of Counsel:

JOHN FOGARTY
U.S. EPA Office of Civil Enforcement
Washington, D.C.

LORRAINE DIXON
U.S. EPA, Office of Regional Counsel
Dallas, Texas

## CERTIFICATE OF SERVICE

       I hereby certify that on September 28, 2017, a copy of the foregoing Status Report was filed electronically with the Clerk of Court using the CM/ECF system and therefore was electronically sent to the registered participants identified on the Notice of Electronic Filing.

                                              *s/ Thomas A. Mariani, Jr.*
                                              Thomas A. Mariani, Jr.