IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALON USA, LP, | ) |
| | ) |
| Defendant. | )   Civil Action No. 1:17-CV-087-C |

## ORDER

The Court, having considered the United States' Unopposed Motion to Enter Consent

Decree and First Amendment, filed April 22, 2019, and for good cause shown:

(1) The Unopposed Motion to Enter Consent Decree and First Amendment is hereby

**GRANTED**.

(2) The Consent Decree and First Amendment attached as Attachment 1 to the Motion are

hereby **ENTERED** as a final judgment in this matter.

SO ORDERED this 5th day of June, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE